```
USDC SDNY                    Burton. R.
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CARL ROBERTS,

                                    Plaintiff,

                    -against-

CAPTAIN DANIEL DIPIERRI SHIELD #XXXX, CORRECTIONS OFFICER HECTOR NAZARIO SHIELD NO. XX95; CORRECTIONS OFFICER DENADRA CARROLL, SHIELD NO. XXX83; JOHN DOE, 1-5; CAPTAIN "JOHN" DAVIS, SHIELD NO. XX47; THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTIONS, THE CITY OF NEW YORK,

                                   Defendants.

------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

13 Civ. 4878 (RMB)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

D. ANDREW MARSHALL, Esq.
*Attorney for Plaintiff*
225 Broadway, Suite 1804
New York, New York 10007

By: _____
D. Andrew Marshall

LESLIE H. BEN-ZVI, Esq.
*Attorney for Defendant Daniel DiPierri*
100 Wall Street, 23rd Floor
New York, New York 10005

By: _____
Leslie H. Ben-Zvi

Dated: New York, New York
       9/17, 2014

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendant City*
100 Church Street, Rm. 3-310
New York, New York 10007

By: _____
Nicholas Melissinos
*Assistant Corporation Counsel*

KOEHLER & ISAACS LLP
*Attorney for Defendant Hector Nazario*
61 Broadway, 25th Floor
New York, New York 10006

By: _____
Julio Ortiz

SO ORDERED:

RMB

HON. RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

2